■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL EVERETT, Appellant. [974 NYS2d 883]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about September 28, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Saxe, Richter and Feinman, JJ.

■ JENNIFER CANGRO, Appellant, v MARY V. ROSADO, Respondent. [974 NYS2d 248]—Appeal from order, Supreme Court, New York County (Debra A. James, J.), entered August 9, 2012, which denied plaintiff's motion for reargument of the parties' respective motions for summary judgment, unanimously dismissed, without costs, as taken from a nonappealable paper. Plaintiff is enjoined from commencing any litigation or making any motions against defendant without the prior permission of the appropriate administrative judge.

No appeal lies from an order denying reargument (*D'Andrea v Hutchins*, 69 AD3d 541 [1st Dept 2010]).

In light of plaintiff's extraordinary history of frivolous and abusive litigation, including this meritless action against her former guardian (*see e.g. Cangro v Cangro*, 288 AD2d 417 [2d Dept 2001]; *Cangro v Solomon*, 2010 NY Slip Op 31980[U] [Sup Ct, NY County 2010], *vacatur denied* 2011 NY Slip Op 87844[U] [1st Dept 2011], *appeal dismissed, lv dismissed* 19 NY3d 990 [2012]), plaintiff is restrained from commencing further proceedings against her without prior judicial permission. Concur—Mazzarelli, J.P., Saxe, Richter and Feinman, JJ.